IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                             Case No. 2:18-20345-MSN-1

LORENZO DAVIS,

    Defendant.

_____

**ORDER DIRECTING UNITED STATES TO RESPOND TO DEFENDANT'S MOTION**

_____

On October 11, 2018, Lorenzo Davis was indicted on six counts involving, but not limited to, assault, robbery, and being a felon in possession of a firearm. (ECF No. 1.) After discovery, the matter proceeded to trial where a jury convicted Davis on five of six counts. (ECF No. 43.) As enumerated in the Court's Judgment, docketed December 4, 2019, (ECF Nos. 60, 61), Davis received a sentence of 376 months incarceration followed by three (3) years of supervised release. Davis appealed his sentence on December 6, 2019, (ECF No. 62), and the U.S Court of Appeals for the Sixth Circuit affirmed this Court's sentence. (*See* ECF No. 72.) Davis then petitioned the Supreme Court for a writ of certiorari on September 29, 2020, which was denied. (ECF No. 75.)

On December 27, 2021, Defendant filed a *pro se* Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (ECF No. 77) ("Motion".) The United States has yet to respond to Davis's Motion. The United States is hereby **ORDERED** to file a response to Defendant's Motion within twenty-eight (28) days of the date of this Order.

**IT IS SO ORDERED** this 27th day of January, 2022.

                                                                             *s/ Mark Norris*
                                                                             MARK S. NORRIS
                                                                             UNITED STATES DISTRICT JUDGE