IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                              Cr. No. 18-20345-MSN

LORENZO DAVIS,

      Defendant.

---

### NOTICE OF COMPLETION OF AMENDMENT 821 REVIEW

---

COMES NOW, The Federal Defender Office, by and through attorney, Tyrone J. Paylor, First Assistant Federal Defender, pursuant to Administrative Order 2023-31 and submits the following with respect to the United States Sentencing Guidelines Amendment 821 applicability to the above listed defendant.

Counsel has reviewed the relevant documents necessary for determining whether the above listed Defendant is eligible for a potential sentence reduction pursuant to the retroactive application of Guideline Amendment 821 effective November 1, 2023. It is the opinion of the Federal Defender Office that after the application of Amendment 821 to the above listed matter, the criminal history score would decrease from 11 points to 10 points. The change in the criminal history score does not reduce the criminal history category ("CHC") of V. There is no change in the applicable guideline range. The defendant is not eligible for a sentence reduction pursuant to Amendment 821. The Federal Defender Office will not be filing any motions on behalf of this defendant regarding the Retroactive Guideline Amendment 821 of 2023.

Respectfully submitted,

DORIS RANDLE HOLT
FEDERAL PUBLIC DEFENDER

s/ TYRONE J. PAYLOR
Tyrone J. Paylor
First Assistant Federal Defender
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
(90) 544-3895

## CERTIFICATE OF SERVICE

I, Tyrone J. Paylor, certify that a true copy of the foregoing document was forwarded via the Court's electronic filing system to the Assistant United States Attorney assigned this matter.

THIS the 11th day of March 2025.

s/ Tyrone J. Paylor
First Assistant Federal Defender